875 A.2d 298

**In re BUCKS COUNTY INVESTIGATING GRAND JURY**

**Petition of Voicenet Communications, Inc., Omni Telecom, Inc. and Brian Adelson.**

**No. 119 MM 2004.**

Supreme Court of Pennsylvania.

Submitted April 18, 2005.

Decided June 6, 2005.

Mark B. Sheppard, Esq., Joseph R. Podraza, Esq., Richard A. Sprague, Esq., Geoffrey Richard Johnson, Esq., Philadelphia, for Voicenet Communications, Inc., et al.

Michelle Ann Henry, Esq., Diane E. Gibbons, Esq., Doylestown, for Commonwealth of Pennsylvania.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of June, 2005, upon consideration of the thorough opinion and supplemental materials submitted by the Supervising Judge of Bucks County, which demonstrate compliance with our order of November 12, 2004 and *In re Investigating Grand Jury of Philadelphia County (Appeal of Washington)*, 490 Pa. 31, 415 A.2d 17 (1980), it is hereby ordered that the July 1, 2004 Order of the Court of Common Pleas of Bucks County denying Petitioners' Omnibus Motion to Quash the grand jury investigation is AFFIRMED.